**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 FEB -3  P 2: 30

KANDY L. TRIMBLE,

    Plaintiff,

v.                            Case No.: 3:04-cv-672-J-20MCR

JAMES HENRY CARTER,

    Defendants.

_____/

**ORDER**

The Court, having been advised that the case has been settled in its entirety, in the above-captioned case, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED**. The Dismissal will be **WITHOUT PREJUDICE** for the first (30) days, during which time the parties may submit a stipulated form of final order should they so choose **or** provided good cause is shown, move to reopen the action. After the thirty day period, however, without further notice or order, this dismissal shall be deemed to be *with prejudice*. The Clerk shall close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this 3rd day of February, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

P. Michael Leahy, Esq.
Jacob J. Munch, Esq.